NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002997
03-JAN-2017
12:17 PM

NO. CAAP-13-0002997

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant,
v.
CORINNE KING, Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTA-13-00062)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on December 12, 2016, is hereby corrected as follows:

1. On page 5, in the tenth line of the first paragraph under section "A.", the word "is" should be replaced with "its" so that as corrected, the text reads: ". . . and its license plate number, . . . ."

2. On page 9, in the seventh line, the date "August 13, 2013" should be replaced with "August 22, 2013."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 3, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.